IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART KROHNENGOLD, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NEW YORK LIFE INSURANCE CO., et al.<br><br>　　　　　　　　　　　Defendants. | Case No. 1:21-cv-01778<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that Defendants New York Life Insurance Company, the Fiduciary Investment Committee of the New York Life Insurance Employee Progress Sharing Investment Plan, the Fiduciary Investment Committee of the New York Life Insurance Agents Progress Sharing Investment Plan, Katherine O'Brien, Anthony R. Malloy, Yie-Hsin Hung, Arthur A. Seter, Scott L. Lenz, and Robert J. Hynes (collectively, "Defendants"), by their undersigned counsel, will move this Court, on a date and time to be determined by the Court, for an Order dismissing with prejudice the Amended Complaint due to lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).  In support of their Motion, Defendants rely on the Memorandum in Support of Defendants' Motion to Dismiss the Amended Complaint, the Declaration of Dave Rosenberg in Support of Defendants' Motion to Dismiss the Amended Complaint and the exhibits attached thereto, filed concurrently herewith, and the Declaration of Maria Mauceri in Support of Defendants' Motion to Dismiss the Amended Complaint, also filed concurrently herewith.

Dated: July 16, 2021               Respectfully submitted,

/s/ *James O. Fleckner*
James O. Fleckner, *admitted pro hac vice*
Dave Rosenberg, *admitted pro hac vice*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231
jfleckner@goodwinlaw.com
drosenberg@goodwinlaw.com

William J. Harrington
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 813-8800
Fax: (212) 355-3333
wharrington@goodwinlaw.com

*Counsel for Defendants*