UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STUART KROHNENGOLD, et al.,

                Plaintiffs,

         -v-

NEW YORK LIFE INSURANCE COMPANY, et al.,

                Defendants.
------------------------------------------------------------------X

21-CV-1778 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* ECF No. 41, Defendants' earlier motion to dismiss filed at ECF No. 32 is hereby DENIED as moot. Plaintiffs' opposition is due **six weeks from the date of the motion**, and Defendants' reply, if any, shall be filed **within four weeks of any opposition**. *See* ECF No. 36.

      The Clerk of Court is directed to terminate ECF No. 32.

      SO ORDERED.

Dated: July 16, 2021
       New York, New York

                                           JESSE M. FURMAN
                                        United States District Judge