UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART KROHNENGOLD, et al.<br><br>Plaintiffs,<br><br>v.<br><br>NEW YORK LIFE INSURANCE CO., et al.<br><br>Defendants. | Case No. 1:21-cv-01778-JMF |

**[PROPOSED] ORDER FOR MODIFICATION OF CASE DEADLINES**

The parties' joint motion for a modification of the October 20, 2022 Civil Case Management Plan and Scheduling Order ("Scheduling Order"), ECF No. 77, to extend the deadlines related to Plaintiffs' forthcoming motion for class certification is granted.

**IT IS HEREBY ORDERED** that the Scheduling Order is modified as follows. Plaintiffs shall file a motion for class certification no later than ~~90~~ 30 days following the Court's ruling on Defendants' pending Partial Motion to Dismiss the Second Amended Complaint (the "Motion," ECF No. 66) if the Motion is granted and 90 days following the Court's ruling if the Motion is denied. Any opposition shall be filed no later than ~~135~~ 45 days following the ~~Court's ruling on the Motion~~ filing of the motion for class certification. Any reply shall be filed no later than 21 ~~165~~ days following the ~~Court's ruling on the Motion~~ filing of any opposition.

The Clerk of Court is directed to terminate ECF No. 87

Dated: March 3, 2023

_____
JESSE M. FURMAN
United States District Judge