UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
STUART KROHNENGOLD, et al.,                           :
:
                       Plaintiffs,          :
:     21-CV-1778 (JMF)
     -v-                                             :
:     <u>ORDER</u>
NEW YORK LIFE INSURANCE COMPANY, et al.,   :
:
                       Defendants.         :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       For reasons the Court will explain orally at the pretrial conference scheduled for April 3, 2023, Defendants' partial motion to dismiss is DENIED.  Unless and until the Court orders otherwise, Plaintiffs shall file their motion for class certification within **90 days** of the date of this Order; any opposition shall be filed within **45 days** of the filing of the motion; and any reply shall be filed within **21 days** of any opposition.  *See* ECF No. 88.  The parties should confer about, and be prepared to discuss at the conference, any other implications of the Court's ruling, including further discovery to be conducted.

       The Clerk of Court is directed to terminate ECF No. 66.

       SO ORDERED.

Dated: March 28, 2023
       New York, New York
                                                  _____
                                                        JESSE M. FURMAN
                                                      United States District Judge