```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
STUART KROHNENGOLD, et al.,                                            :
                                                                       :
                                Plaintiffs,                            :     21-CV-1778 (JMF)
                                                                       :
                -v-                                                    :          ORDER
                                                                       :
NEW YORK LIFE INSURANCE COMPANY, et al.,                               :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that all parties appear for a conference with the Court on **June 9, 2023**, at **10:00 a.m.**  The parties should be prepared to discuss, among other things, the discovery issues raised in ECF Nos. 106, 107.

The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

SO ORDERED.

Dated: June 2, 2023
       New York, New York

_____
JESSE M. FURMAN
United States District Judge