UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
        :
STUART KROHNENGOLD, et al.,        :
        :
        Plaintiffs,        :        21-CV-1778 (JMF)
        :
        -v-        :        <u>ORDER</u>
        :
NEW YORK LIFE INSURANCE COMPANY, et al.,        :
        :
        Defendants.        :
        :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Court's decisions on the discovery disputes raised by Plaintiff's motion to compel, *see* ECF No. 106, were memorialized on the record (with one exception, decided below) during the teleconference held on June 9, 2023.

        As for the one item on which the Court reserved judgment (namely, Plaintiffs' motion to compel discovery into the terms of New York Life's relationships with other Fixed Dollar Account contractholders): Upon review of *Henry v. Champlain Enters., Inc.*, 445 F.3d 610 (2d Cir. 2006), and *Chao v. Hall Holding Co.*, 285 F.3d 415 (6th Cir. 2002), the Court agrees with Defendants. Put simply, given that "most favored nation" status does not apply to Plaintiffs' claims with respect to the Fixed Dollar Account, discovery into the terms of New York Life's relationships with other Fixed Dollar Account contractholders is neither relevant nor proportional. Accordingly, Plaintiffs' motion to compel on that front is denied.

        As discussed during the conference, the parties shall file a joint letter no later than June 16, 2023, with respect to the items on which the parties are required to meet and confer.

        SO ORDERED.

Dated: June 12, 2023
        New York, New York

        _____
        JESSE M. FURMAN
        United States District Judge