UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
STUART KROHNENGOLD et al.,                                              :
                                                                        :
                              Plaintiffs,                               :          21-CV-1778 (JMF)
                                                                        :
              -v-                                                       :          ORDER
                                                                        :
NEW YORK LIFE INSURANCE COMPANY et al.,                                 :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      By letter filed on January 22, 2024, *see* Docket No. 170, the Court has been advised that the parties in this action have reached a class-wide settlement in principle. No later than **February 26, 2024**, the parties shall file a motion for class certification and preliminary approval of the class-wide settlement. The motion papers shall include a copy of the parties' proposed settlement as well as a proposed schedule for notice to the class members, for class members to opt-out, for preliminary approval of the settlement, and for a fairness hearing, as well as a proposal for the manner in which class members will be notified. *See generally* Fed. R. Civ. P. 23(e). The parties shall also submit — as a separate entry on the docket and as a Word document submitted by email to Chambers at furman_NYSDChambers@nysd.uscourts.gov — a proposed order preliminarily approving the class-wide settlement, providing for notice, and scheduling a settlement fairness hearing.

      In light of the parties' settlement in principle, all existing deadlines are adjourned *sine die*. Additionally, the pending motion for class certification, *see* ECF No. 115, is DENIED without prejudice to reinstatement in the event that the settlement is not consummated or approved. The Clerk of Court is directed to terminate ECF No. 115.

      SO ORDERED.

Dated: January 22, 2024
       New York, New York
                                                                     _____
                                                                       JESSE M. FURMAN
                                                                      United States District Judge