UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

Stuart Krohnengold, Wayne Antoine, Lee Webber, Anthony Medici, Joseph Bendrihem, Larry Gilbert, Rafael Musni, Thomas Lantz, Sandra Scanni, and Claudia Gonzalez, as representatives of a class of similarly situated persons, and on behalf of the New York Life Insurance Employee Progress Sharing Investment Plan, and the New York Life Insurance Company Agents Progress Sharing Plan,

       Plaintiffs,

  v.

New York Life Insurance Company; the Fiduciary Investment Committee; the Board of Trustees; Katherine O'Brien; Anthony R. Malloy; Yie-Hsin Hung; Arthur A. Seter; Scott L. Lenz; Robert J. Hynes; and John and Jane Does 1-20,

       Defendants.

Case No. 1:21-cv-01778 - JMF

------------------------------------

## PLAINTIFFS' CONSENT MOTION TO SUBSTITUTE PARTY FOR PLAINTIFF STUART KROHNENGOLD

Plaintiffs, by and through undersigned counsel, hereby move pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Amy Laurence for deceased Plaintiff Stuart Krohnengold. In support of this motion, Plaintiffs state as follows:

1. Plaintiff Stuart Krohnengold (Mr. Krohnengold) passed away on January 11, 2024.

2. Proposed substitute Plaintiff Amy Laurence (Ms. Laurence) is Mr. Krohnengold's wife, and the beneficiary of his account in the New York Life Insurance Employee Progress Sharing Investment Plan.

1

3. Ms. Laurence wishes to serve as a substitute party for her husband, and has retained undersigned counsel for that purpose. Ms. Laurence has acknowledged her duties as a class representative in this action and has signed a Duties of Class Representative form similar to the one previously signed by Mr. Krohnengold. *See* ECF 119-1.

4. Where a party dies and the claim is not extinguished (as here), the Federal Rules of Civil Procedure allow for the substitution of a proper party within 90 days after service of a statement noting the death. *See* Fed. R. Civ. P. 25(a)(1).

5. Defendants do not oppose the substitution of Ms. Laurence for Mr. Krohnengold, and confirm her status as the surviving beneficiary of Mr. Krohnengold's account.

WHEREFORE, Plaintiffs respectfully request that the Court approve the substitution of Amy Laurence for Stuart Krohnengold.

Dated: February 5, 2024

Application GRANTED. The Court expresses its condolences to Ms. Laurence on the passing of Mr. Krohnengold. The Clerk of Court is directed to update the docket and to terminate ECF No. 172.

SO ORDERED.

February 6, 2024

Respectfully submitted,

*/s/ Kai Richter*
Kai H. Richter (admitted Pro Hac Vice)
Jacob T. Schutz (admitted Pro Hac Vice)
Eleanor Frisch (admitted Pro Hac Vice)
**Cohen Milstein Sellers & Toll PLLC**
400 South Fourth Street # 401-27
Minneapolis, MN 55415
Tel: (612) 807-1575
Fax: (202) 408-4699
krichter@cohenmilstein.com
jschutz@cohenmilstein.com
efrisch@cohenmilstein.com

Michelle C. Yau (admitted Pro Hac Vice)
Daniel R. Sutter (admitted Pro Hac Vice)
Caroline E. Bressman (admitted Pro Hac Vice)
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
Tel: (202) 408-4600

Fax: (202) 408-4699
myau@cohenmilstein.com
dsutter@cohenmilstein.com
cbressman@cohenmilstein.com

Michael Eisenkraft (NY. Bar No. 664737)
**Cohen Milstein Sellers & Toll PLLC**
88 Pine Street ● 14th Floor
New York, New York 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
meisenkraft@cohenmilstein.com
