UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Stuart Krohnengold, Wayne Antoine, Lee Webber, Anthony Medici, Joseph Bendrihem, Larry Gilbert, Rafael Musni, Thomas Lantz, Sandra Scanni, and Claudia Gonzalez, as representatives of a class of similarly situated persons, and on behalf of the New York Life Insurance Employee Progress Sharing Investment Plan, and the New York Life Insurance Company Agents Progress Sharing Plan, <br><br>    Plaintiffs, <br><br>    v. <br><br> New York Life Insurance Company; the Fiduciary Investment Committee; the Board of Trustees; Katherine O'Brien; Anthony R. Malloy; Yie-Hsin Hung; Arthur A. Seter; Scott L. Lenz; Robert J. Hynes; and John and Jane Does 1-20, <br><br>    Defendants. | Case No. 1:21-cv-01778 - JMF |

---

**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that on July 18, 2024 at 3:00 p.m., before the Honorable Jesse M. Furman, United States District Judge, Plaintiffs Amy Laurence,[1] Wayne Antoine, Lee Webber, Anthony Medici, Joseph Bendrihem, Larry Gilbert, Rafael Musni, Thomas Lantz, Sandra Scanni, and Claudia Gonzalez ("Plaintiffs") will and hereby do move this Court for an Order granting final approval of the Parties' Class Action Settlement Agreement (ECF 176-1).

---

[1] Ms. Laurence is the successor and substitute party for Stuart Krohnengold. *See* ECF 173.

This motion is made pursuant to Federal Rule of Civil Procedure 23 and this Court's Preliminary Approval Order dated March 5, 2024 (*see* ECF 188 ¶ 9), and is based on the accompanying Memorandum of Law and authorities cited therein; the declarations of Kai Richter and Jeffrey Mitchell and exhibits thereto; the prior declarations of the Class Representatives (ECFs 177-186); the Parties' Settlement Agreement, and all files, records, and proceedings in this action.

Defendants do not oppose this motion, and as of the date of this motion, there have been no objections to the Settlement. A proposed Final Approval Order is being submitted herewith.

                                                  Respectfully Submitted,

Dated: June 27, 2024

/s/ Kai Richter
Kai Richter (admitted *Pro Hac Vice*)
Jacob T. Schutz (admitted *Pro Hac Vice*)
Eleanor Frisch (admitted *Pro Hac Vice*)
**Cohen Milstein Sellers & Toll PLLC**
400 South 4th Street # 401-27
Minneapolis, MN 55415
Tel: (612) 807-1575
Fax: (202) 408-4699
krichter@cohenmilstein.com
jschutz@cohenmilstein.com
efrisch@cohenmilstein.com

Michelle C. Yau (admitted *Pro Hac Vice*)
Daniel R. Sutter (admitted *Pro Hac Vice*)
Caroline E. Bressman (admitted *Pro Hac Vice*)
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
myau@cohenmilstein.com
dsutter@cohenmilstein.com
cbressman@cohenmilstein.com

Michael Eisenkraft (NY Bar No. 664737)
**Cohen Milstein Sellers & Toll PLLC**
88 Pine Street ● 14th Floor
New York, New York 10005
Tel: (212) 838-7797

Fax: (212) 838-7745
meisenkraft@cohenmilstein.com

3