# COHEN MILSTEIN

Kai Richter<br>
Of Counsel<br>
(202) 408-3609<br>
(202) 408-4699<br>
krichter@cohenmilstein.com

June 27, 2024

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

    Re:    *Krohnengold et al. v. New York Life Inc. Co. et al.*, No. 1:21-cv-01778-JMF

Dear Judge Furman:

Plaintiffs respectfully move the Court to seal the document filed as ECF No. 198-1 in this action, because it inadvertently included a class member's home address. Plaintiffs have submitted redacted copy of the same document herewith. The remainder of Plaintiffs' filing on June 26, 2024 (ECF Nos. 198 and 198-2) is unaffected.

                  Sincerely,

                  */s/ Kai Richter*
                  Kai Richter

Application GRANTED. The Court has already converted the submission at issue to Court-view only. The Clerk of Court is directed to terminate ECF No. 199. SO ORDERED.

*[signature]*

June 27, 2024