UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Stuart Krohnengold, Wayne Antoine, Lee Webber, Anthony Medici, Joseph Bendrihem, Larry Gilbert, Rafael Musni, Thomas Lantz, Sandra Scanni, and Claudia Gonzalez, as representatives of a class of similarly situated persons, and on behalf of the New York Life Insurance Employee Progress Sharing Investment Plan, and the New York Life Insurance Company Agents Progress Sharing Plan,

      Plaintiffs,

v.

New York Life Insurance Company; the Fiduciary Investment Committee; the Board of Trustees; Katherine O'Brien; Anthony R. Malloy; Yie-Hsin Hung; Arthur A. Seter; Scott L. Lenz; Robert J. Hynes; and John and Jane Does 1-20,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No. 1:21-cv-01778 - JMF

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS**

This matter came before the Court on a Fairness Hearing on July 18, 2024. During the Fairness Hearing, the Court considered, among other things, Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Service Awards. This motion is unopposed by Defendants.

Having considered the motion papers, the proposed Settlement Agreement which the Court preliminarily approved on March 5, 2024 and has now finally been approved, the arguments of

counsel, and all files, records, and proceedings in this action, and otherwise being fully informed in the premises as to the facts and the law,

It is hereby **ORDERED** as follows:

1. Class Counsel's request for an award of $6,270,000 in attorneys' fees is approved. Having reviewed Class Counsel's application and all applicable legal authorities, the Court finds the requested amount (33% of the Gross Settlement Amount) to be reasonable and appropriate.

2. Class Counsel's request for litigation costs in the amount of $465,573.76 is approved. The Court has approved these expenses and finds that they are reasonable and appropriate given the nature of this action.

3. Class Counsel's request for settlement administration expenses in the amount of $121,762 is also approved. The Court has approved these expenses (including $108,672 to the Settlement Administrator, $500 to the Escrow Agent, and $12,500 to the Independent Fiduciary who was retained to review the Settlement on behalf of the Plan pursuant to applicable regulations), and finds that they are reasonable and appropriate.

4. Plaintiffs' request for class representative service awards in the amount of $10,000 each ($100,000 total) to Plaintiffs Amy Laurence (as substitute Plaintiff for Stuart Krohnengold), Wayne Antoine, Lee Webber, Anthony Medici, Joseph Bendrihem, Larry Gilbert, Rafael Musni, Thomas Lantz, Sandra Scanni, and Claudia Gonzalez, is approved. The Court finds these awards to be justified under the facts of this case and consistent with applicable legal authorities.

**IT IS SO ORDERED.**

Dated: July 18, 2024
New York, New York

Hon. Jesse M. Furman
United States District Judge

The Clerk of Court is directed to terminate Docket No. 189.